1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
11  TYRONE THOMPSON,                )    No. C 11-02101 EJD (PR)
                                    )
12           Plaintiff,              )    ORDER OF TRANSFER
                                    )
13     vs.                          )
                                    )
14  REES, et al.,                   )
                                    )
15           Defendants.             )
    _____   )    (Docket No. 2)
16

17       Plaintiff, a state prisoner proceeding pro se, filed the instant civil rights action
18  pursuant to 42 U.S.C. § 1983, challenging the conditions of his confinement while he was
19  housed at the California Men's Colony ("CMC") in San Luis Obispo.  San Luis Obispo is
20  located in the County of San Luis Obispo, which lies within the venue of the Western
21  Division of the Central District of California.  Id. § 84(c)(2).
22       When jurisdiction is not founded solely on diversity, venue is proper in the district
23  in which (1) any defendant resides, if all of the defendants reside in the same state, (2) the
24  district in which a substantial part of the events or omissions giving rise to the claim
25  occurred, or a substantial part of property that is the subject of the action is situated, or (3)
26  a judicial district in which any defendant may be found, if there is no district in which the
27  action may otherwise be brought.  28 U.S.C. § 1391(b).  As a substantial part of the
28  events or omissions giving rise to the claim occurred in the Central District, venue

1  properly lies in that district.  See 28 U.S.C. § 1391(b).

2       Accordingly, this case is TRANSFERRED to the United States District Court for
3  the Western Division of the Central District of California.  See 28 U.S. C. § 1406(a).  The
4  Clerk shall terminate any pending motions and transfer the entire file to the Central
5  District of California.

6       IT IS SO ORDERED.

7  DATED: _____July 18, 2011_____          _____
                                                                  EDWARD J. DAVILA
8                                                                    United States District Judge

Order of Transfer
P:\PRO-SE\SJ.EJD\CR.11\02101Thompson_transfer.wpd     2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

TYRONE THOMPSON,

        Plaintiff,

  v.

REES, et al.,

        Defendants.
                                       /

Case Number: CV11-02101 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 7/27/2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Tyrone Thompson H 84131
Pleasant Valley State Prison
24863 W. Jayne Avenue
P. O. Box 8500
Coalinga, CA 93210

Dated: 7/27/2011

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk